# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL C. MPOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00330-NONE-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE ANY MOTION TO REMAND WITHIN FOURTEEN DAYS<br><br>(ECF No. 8.) |

On March 27, 2020, Emmanuel C. Mpock ("Plaintiff") filed this action in the California Superior Court, County of Los Angeles. (ECF No. 1-2.) On March 4, 2021, Defendant removed this action to the Eastern District of California. (ECF No. 1.) On March 5, 2021, the order setting the mandatory scheduling conference issued. (ECF No. 3.)

On April 22, 2021, the parties filed a joint scheduling report. (ECF No. 8.) The scheduling report indicates that Plaintiff is intending to file a motion to remand for lack of jurisdiction. (Id.) The Court shall continue the scheduling conference to allow for the jurisdictional issue to be resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any motion to remand within **fourteen (14) days** of the date of entry of this order;

2. The May 4, 2021 scheduling conference is CONTINUED to **July 29, 2021 at**

1

**9:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**April 27, 2021**__

UNITED STATES MAGISTRATE JUDGE