# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL C. MPOCK, | Case No. 1:21-cv-00330-NONE-SAB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| v. | |
| FCA US, LLC, et al., | |
| Defendants. | |

On March 27, 2020, Emmanuel C. Mpock ("Plaintiff") filed this action in the California Superior Court, County of Los Angeles. (ECF No. 1-2.) On March 4, 2021, Defendant removed this action to the Eastern District of California. (ECF No. 1.) On March 5, 2021, the order setting the mandatory scheduling conference issued. (ECF No. 3.)

On April 22, 2021, the parties filed a joint scheduling report. (ECF No. 8.) The scheduling report indicates that Plaintiff is intending to file a motion to remand for lack of jurisdiction. (Id.) On April 27, 2021, an order issued requiring Plaintiff to file a motion to remand and continuing the scheduling conference to July 29, 2021. (ECF No. 9.)

On April 30, 2021, Plaintiff filed a motion to remand. (ECF Nos. 11, 12.) Defendant filed an opposition on May 14, 2021. (ECF No. 14.) Plaintiff filed a reply on May 21, 2021. (ECF No. 15.) The matter is now fully briefed and has been submitted to the district judge.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The July 29, 2021 scheduling conference is CONTINUED to **January 13, 2022 at 10:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **May 24, 2021**

UNITED STATES MAGISTRATE JUDGE