# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL C. MPOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>FCA US, LLC,<br><br>          Defendant. | Case No.  1:21-cv-00330-NONE-SAB<br><br>ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO REMAND FOR NOVEMBER 10, 2021<br><br>(ECF Nos. 11, 18) |

Plaintiff Emmanuel Mpock initiated this action on March 27, 2020, in the Los Angeles Superior Court. (ECF No. 1-2.) On March 4, 2021, Defendant FCA US LLC removed the action to this Court. (ECF No. 1.) A scheduling conference is currently set in this matter for January 13, 2022. (ECF No. 16.) On April 30, 2021, Plaintiff filed the instant motion to remand. (ECF No. 11.) On October 15, 2021, the District Judge referred the motion to the undersigned for the entry of findings and recommendations or other appropriate action. (ECF No. 18.)

The Court shall set a hearing on the Plaintiff's motion for November 10, 2021, before the undersigned.  However, after review by the Court, the Court may vacate the hearing and take the matter under submission and issue its opinion forthwith.

///

1

Accordingly, IT IS HEREBY ORDERED that a hearing on Plaintiff's motion to remand (ECF No. 11) is SET for **November 10, 2021 at 10:00 a.m.** in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**October 20, 2021**__

UNITED STATES MAGISTRATE JUDGE