# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANNUEL C. MPOCK,<br><br>   Plaintiff,<br><br>   v.<br><br>FCA, US, LLC, et al.,<br><br>   Defendants. | Case No. 1:21-cv-00330-NONE-SAB<br><br>ORDER GRANTING WITHDRAWAL OF REGINA LOTARDO AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE REGINA LOTARDO AS ATTORNEY OF RECORD<br><br>(ECF No. 21) |

On October 29, 2021, a notice of withdrawal of Regina Lotardo as counsel for Plaintiff was filed. (ECF No. 21.) Other counsel from the law firm of Strategic Legal Practices, APC remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Regina Lotardo as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Regina Lotardo as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:   **November 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1