# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANNUEL C. MPOCK,<br><br>         Plaintiff,<br><br>    v.<br><br>FCA, US, LLC, et al.,<br><br>         Defendants. | Case No. 1:21-cv-00330-NONE-SAB<br><br>ORDER GRANTING WITHDRAWAL OF SIMI PETERSSON AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE SIMI PETERSSON AS ATTORNEY OF RECORD<br><br>(ECF No. 29) |

On October 29, 2021, a notice of withdrawal of Simi Petersson as counsel for Plaintiff was filed. (ECF No. 29.) Other counsel from the law firm of Strategic Legal Practices, APC remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Simi Petersson as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Simi Petersson as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:   **December 16, 2021**

UNITED STATES MAGISTRATE JUDGE

1