UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel C. Mpock<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>Defendant. | Case No.  1:21-cv-00330-JLT-SAB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 04/04/2023.

April 10, 2023

KEITH HOLLAND, CLERK

By: /s/  R. Gonzalez,
Deputy Clerk