**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL C. MPOCK, | Case No.: 1:21-cv-00330-JLT-SAB |
| Plaintiff, | Judge: Hon. Jennifer L. Thurston |
| vs. | ORDER RE STIPULATED ATTORNEYS' FEES AND COSTS |
| FCA US, LLC; CENTRAL VALLEY CHRYSLER JEEP DODGE RAM; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiffs EMMANUEL C. MPOCK ("Plaintiff") and Defendant FCA US, LLC have agreed FCA will pay $61,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses within 60 days of entry of this Order.

Accordingly, the Court enters an Order awarding Plaintiff $61,500.00 for reasonably incurred Attorney's Fees, Costs, and Expenses and retains jurisdiction until funding is satisfied as outlined in the Parties' Joint Stipulation.

IT IS SO ORDERED.

Dated:   **April 10, 2023**

UNITED STATES DISTRICT JUDGE

1